MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    andrew.huang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> Z.A.S. INTERNATIONAL, INC., <br>     Defendant. | No. CR 14-00417 KAW <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |

Due to a new court-ordered change to defense counsel's schedule, the parties move and stipulate to continue the sentencing in this case from August 15, 2014, to Tuesday, August 19, 2014 at 9:30 a.m.

DATED: August 14, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

   /s/
ANDREW S. HUANG
Assistant U.S. Attorney

   /s/
MELVIN J. HOFFMAN, Esq.
Counsel for defendant Z.A.S. International, Inc.

**SO ORDERED.**

8/14/14
Date

_Kandis Westmore_
Hon. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. & [PROP'D] ORD.
NO. CR 14-00417 KAW (MAG)    1